786 A.2d 172

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dino RUCCI, Appellant.**

**No. 27 EAP 2001.**

Supreme Court of Pennsylvania.

Nov. 7, 2001.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2001, the appeal is quashed without prejudice pursuant to Rule 341, PA.R.A.P. Appellee's Motion To Dismiss Appeal is dismissed as moot.

Mr. Chief Justice Flaherty did not participate in the consideration or decision of this case.

786 A.2d 172

**Cecelia FRANCIS, an Individual, Appellee,**

v.

**C. Crady SWISHER, III, an Individual, Appellant.**

**No. 32 WAP 2001.**

Supreme Court of Pennsylvania.

Nov. 29, 2001.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of November, 2001, the above captioned appeal is dismissed pursuant to Rule 2188, PA. R.A.P., for failure to file a brief.